United States Bankruptcy Court
Southern District of Indiana

In re:                                                          Case No. 15-02878-JMC
Michael Anthony Smith, Jr.                                      Chapter 7
        Debtor

**CERTIFICATE OF NOTICE**

District/off: 0756-1         User: jhelton         Page 1 of 2         Date Rcvd: Aug 06, 2015
                            Form ID: b18          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2015.
db            #+Michael Anthony Smith, Jr.,     6136  E. 43rd Street,    Indianapolis, IN 46226-3602
13388969       +1ST Progressive/1ST Equity,    Attn: Bankruptcy Dept.,    P O Box 84010,
                Columbus, GA 31908-4010
13541544       +AR- Pentagon Federal Credit Union,    Attn: Bankruptcy Dept.,    P.O. Box 1432,
                Alexandria, VA 22313-1432
13388966       +American International,    Finance/Carplex,    Attn: Bankruptcy Dept.,    7522 Pendleton Pike,
                Indianapolis, IN 46226-5373
13388967       +Enhance Recovery Co,    Attn: Bankruptcy Dept.,    P O Box 57547,    Jacksonville, FL 32241-7547
13388968       +Fair Collections & Out,    Attn: Bankruptcy Dept.,    12304 Baltimore Ave,
                Beltsville, MD 20705-1314
13388971       +Gateway One Lending,    Attn: Bankruptcy Dept.,    160 N. Riverside Dr. Ste. 1,
                Anaheim, CA 92808-2292
13388973       +IMC Credit Services,    Attn: Bankruptcy Dept.,    6955 Hillsdale Ct.,
                Indianapolis, IN 46250-2054
13541548        J P Morgan Chase Co,    Attn: Bankruptcy Dept.,    111 Monument Circle,
                Indianapolis, In 46277-0001
13388974       +Marion Center Small Claims,    Attn: Bankruptcy Dept.,    4531 Independence,
                Indianapolis, IN 46203-6034
13388975       +Med Shield Collection,    Attn: Bankruptcy Dept.,    2424 E. 55th Street,
                Indianapolis, IN 46220-3679
13541543       +PRM AT&T Services,    Attn: Bankruptcy Dept.,    13801 Wireless Way,
                Oklahoma City, Ok 73134-2500
13388978       +United Auto Credit Co,,    Attn: Bankruptcy Dept.,    1071 Camelback St Ste. 15,
                Newport Beach, CA 92660-3046
13388979       +Virtuoso Sourcing Group,    Attn: Bankruptcy Dept.,    4500 E. Cherry Creek South,
                Denver, CO 80246-1531

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13541545        EDI: WFNNB.COM Aug 06 2015 21:58:00      Commenity Bank Talbotts,    Attn: Bankruptcy Dept.,
                P.O. Box 182273,    Columbus, Oh 43218-2273
13388970        EDI: DISCOVER.COM Aug 06 2015 21:58:00      Discover Financial Services,
                Attn: Bankruptcy Dept.,    P O Box 15316,    Wilmington, DE 19850
13388972       +E-mail/Text: HWIBankruptcy@hunterwarfield.com Aug 06 2015 22:01:35      Hunter Warfield,
                Attn: Bankruptcy Dept.,    4620 Woodland Corporate,    Tampa, FL 33614-2415
13541549       +E-mail/Text: bankruptcy@huntington.com Aug 06 2015 22:01:30      Huntington Bank,
                Attn: Bankruptcy Dept,    41 S. High Street,    Columbus, Ohio 43287-0001
13384119        EDI: RECOVERYCORP.COM Aug 06 2015 21:58:00      Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13388976       +E-mail/Text: bankruptcy@rentacenter.com Aug 06 2015 22:02:08      Rent A Center,
                Attn: Bankruptcy Dept.,    16755 Clover Rd,    Noblesville, IN 46060-3646
13388977       +EDI: DRIV.COM Aug 06 2015 21:58:00      Santander Consumer USA,    Attn: Bankruptcy Dept.,
                P O Box 961245,    Ft Worth, TX 76161-0244
13541546        EDI: NEXTEL.COM Aug 06 2015 21:58:00      Sprint Nextel,    Attn: Bankruptcy Dept.,
                1006 Park Meadows Dr,    Lone Tree, Co 80124
13541550       +EDI: AISTMBL.COM Aug 06 2015 21:58:00      T-Mobile USA,    Attn: Bankruptcy Dept,
                12920 S.E. 38th Street,    Bellevue, Wa 98006-7305
13541547        EDI: AFNIVZWIRE.COM Aug 06 2015 21:58:00      Verizon Wireless,    Attn: Bankruptcy Dept.,
                15505 Sand Canyon Ave,    Irvine, Ca 92618-3114
                                                                                      TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2015                          Signature:  /s/Joseph Speetjens

```
District/off: 0756-1          User: jhelton           Page 2 of 2              Date Rcvd: Aug 06, 2015
                              Form ID: b18            Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2015 at the address(es) listed below:
          Elliott D. Levin   robin@rubin-levin.net,  edl@trustesolutions.net
          U.S. Trustee   ustpregion10.in.ecf@usdoj.gov

                                      TOTAL: 2

SO ORDERED: August 6, 2015.



_____

**James M. Carr**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT                    B18 (rev 06/2015)
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

In re:

**Michael Anthony Smith Jr.**,                    Case No. **15–02878–JMC–7**
SSN: xxx–xx–9104        EIN: NA
  6136 E. 43rd Street
  Indianapolis, IN 46226
            Debtor.

## DISCHARGE OF DEBTOR IN A CHAPTER 7 CASE

The Court, after reviewing this case, finds that the debtor is entitled to a discharge.

**IT IS ORDERED** that the debtor is granted a discharge under 11 U.S.C. § 727.

###

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited
The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged
The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged
Some of the common types of debts which are **NOT** discharged in a chapter 7 bankruptcy case are:

    a. Debts for most taxes;
    b. Debts incurred to pay for nondischargeable taxes (in a case filed on or after October 17, 2005);
    c. Debts that are domestic support obligations;
    d. Debts for most student loans;
    e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
    f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
    g. Some debts which were not properly listed by the debtor;
    h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
    i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
    j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**